No. 6180. MACHIN v. PINTO ET AL. C. A. 2d Cir. Certiorari denied.

No. 6181. JONES v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 6183. WILLIAMS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 6187. BEASLEY v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 6188. CASSON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 6189. MCPEAK ET AL. v. ADJUSTMENT CORP. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 6191. BONGIORNO v. MOSELEY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 6193. SHIPP v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 6194. PRUITT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 6198. WALLACE v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 6201. FUENTES ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 6203. BALDWIN v. YEAGER, PRINCIPAL KEEPER. C. A. 3d Cir. Certiorari denied.